573 A.2d 1027

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Troy Lee MILLS, Appellee.**

Supreme Court of Pennsylvania.

Argued March 6, 1990.

Decided June 5, 1990.

McDERMOTT, Justice, dissenting.

For the reasons stated in my dissenting opinion in *Commonwealth v. Leon Williams*, 521 Pa. 25, 559 A.2d 912 (1989), I dissent. Again the majority's action today has provided the appellee a windfall. He has managed to perpetrate two separate and distinct crimes for the price of one. A bargain we cannot afford.

LARSEN and PAPADAKOS, JJ., join in this dissenting opinion.